IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED IN CLERK'S OFFICE
DEC 1 7 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

Robert C Dial _____ Name

Prison Id. No. _____

_____ Name

Prison Id. No. _____

Plaintiff(s)

v.

Maury Co Jail _____ Name

Robie Ridenour _____ Name

Defendant(s)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☑ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

   A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

   ☐ Yes  ☑ No

   B. If you checked the box marked "Yes" above, provide the following information:

      1. Parties to the previous lawsuit:

         Plaintiffs _____

         Defendants _____

1

2. In what court did you file the previous lawsuit? _____

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _____

4. What was the Judge's name to whom the case was assigned? _____

5. When did you file the previous lawsuit? _____ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _____

7. When was the previous lawsuit decided by the court? _____ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes ☐ No

   (If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

   A. What is the name and address of the prison or jail in which you are currently incarcerated? Maury County Jail 1300 Lawson white Drive Columbia, TN. 38401

   B. Are the facts of your lawsuit related to your present confinement?

   ☑ Yes ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

   _____

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

   ☐ Yes ☑ No

   If you checked the box marked "No," proceed to question II.H.

2

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes  ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____

2. What was the response of prison authorities? _____

G. If you checked the box marked "No" in question II.E above, explain why not. _____

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes  ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes  ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? I filed a grievance going through all three levels of the grievance proceedure

2. What was the response of the authorities who run the detention facility? They said that it was being investigated, but I fill that it has been blown off

L. If you checked the box marked "No" in question II.I above, explain why not. _____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Robert C Dial

Prison Id. No. of the first plaintiff: _____

3

Address of the first plaintiff: Maury Co Jail
1300 Lawson White Drive Columbia TN 38401
(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

   Prison Id. No. of the second plaintiff: _____

   Address of the second plaintiff: _____

   (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

   If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: Maury County Jail

      Place of employment of the first defendant: _____

      The first defendant's address: 1300 Lawson White Drive
      Columbia TN 38401

      Named in official capacity?    ☑ Yes    ☐ No
      Named in individual capacity"  ☐ Yes    ☐ No

   2. Name of the second defendant: Robie Ridenour

      Place of employment of the second defendant: Maury Co Jail
      1300 Lawson White Drive Columbia TN 38401

      The second defendant's address: 409 West 15th ST
      Columbia TN 38401

      Named in official capacity?    ☐ Yes    ☐ No
      Named in individual capacity"  ☑ Yes    ☐ No

   If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

4

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

On 11-25-13 I was threatend By CO Robie Ridenour I was told three to four times by him that he would shoot Me if I caused problems at the house He is my neighbor That he would Kill Me by shooting Me. And that he would shoot my neighbors. He also stated that he had been watching my house between 2 and 3 AM. He also made alligations that I tried to touch is daughter. He also stated while he was at work and in uniform He had to "play" by the rules And why he was at home he dosent have to follow any rules

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Maury County Jail 100,000
B. Robie Ridenour 50,000 and termination
C. ___
D. ___
E. ___
F. I request a jury trial.  ☒ Yes  ☐ No

5

VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: *Robert C. Buil* Date: 12-13-13

Prison Id. No. _____

Address: _____

_____
(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

_____
(Include the city, state and zip code.)

<u>ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT</u>, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

<u>ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*</u>, if not paying the civil filing fee.

<u>SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER</u>. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

### LEVEL 1 GRIEVANCE RESPONSE AND REASON (Shift Sergeant or above)

I Talked with you and let you know that I Talked with Captain Tennyson and Chief Johns and they sent this Grievance to the CID Division

| LEVEL 1 GRIEVANCE OFFICER (Print name and sign) | DATE |
|---|---|
| Act. Sgt. Byrd [signature] | 12-4-13 |

Do you wish to appeal this grievance response? If Yes, state basis for appeal. YES ☑ NO ☐
(You may attach extra pages if necessary.) (Appeal must be made within 5 days of receipt of response)

I apologize but considering this concerns my life, family & well being, I would like this to be took into consideration a little quicker. I don't feel assured that it is being took serious.

INMATE SIGNATURE _Robert C Dial_  DATE 12-4-13

### LEVEL 2 GRIEVANCE RESPONSE AND REASON (Lieutenant or above)

I concur with Level 1 response     YES ☐    NO ☐

CID is currently investigating this.

| LEVEL 2 GRIEVANCE OFFICER (Print name and sign) | DATE |
|---|---|
| Debra Wagonschutz [signature] | 12/6/13 |

Do you wish to appeal this grievance response? If Yes, state basis for appeal. YES ☑ NO ☐
(You may attach extra pages if necessary.) (Appeal must be made within 5 days of receipt of response)

My life was threatend, And I feel like this is not being taken seriously on 12-9-13 CO Robbie was in max pod giving me a meanicing look. I am concerend for my safety This occured at 5:15 pm

INMATE SIGNATURE _Robert C Dial_  DATE 12-9-13

### LEVEL 3 (FINAL) GRIEVANCE RESPONSE AND REASON (Captain or above)

I concur with Level 2 response     YES ☒    NO ☐

I Concur with level (1 & 2)

| LEVEL 3 (FINAL) GRIEVANCE OFFICER (Print name and sign) | DATE |
|---|---|
| Capt. Jimmy Tennyson [signature] | 12-12-13 |

CONT.

THAT HE WOULD SHOOT THE NEIGHBORS. WHEN I WAS OUT HE STATED HE WAS WATING MY HOUSE AT 2AM AND 3AM IN THE MORNING.

HE ALSO MADE ALLIGATIONS THAT I WAS TRYING TO TOUCH HIS DAUGHTER.

HE ALSO ADVISED ME TO NOT HAVE CONTACT WITH MY EX-GIRLFRIEND, THAT THEY HAD BEEN OUT ONE WEEKEND NIGHT AND THAT THIS IS WHAT SHE TOLD HIM.

HE ALSO STATED WHILE HE IS AT THE JAIL AND IN UNIFORM THAT HE HAS TO "PLAY" BY THE RULES AND WHEN AT HOME HE DOES NOT.

WHEN I ASKED TO SPEAK TO THE DAYSHIFT SGT. THE TOWER C.O. ACTED AS IF HE DID NOT WANT TO ALLOW ME TO SPEAK TO ACTING SGT. BIRD.

WHEN I SPOKE TO BIRD HE SIMPLY SAID TO WRITE IT DOWN AND HE WOULD TALK TO HIM.

Robert C Dial
Maury County Jail
1300 Lawson White Drive
Columbia, TN. 38401

RECEIVED
IN CLERK'S OFFICE
DEC 17 2013
U.S. DISTRICT COURT
MID. DIST TENN

Maury Co Ja
Mail Not Ce
Not Respons
Contents

Clerk US District Court
US Courthouse Room 800
Nashville, TN. 37203