UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT C. DIAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-cv-158 ) Chief Judge Haynes |
| MAURY COUNTY JAIL, et al. | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Motion to Ascertain Status and for an Order of Dismissal (Docket Entry No. 26). Plaintiff, Robert C. Dial, a former inmate at the Maury County Jail, filed this action under 42 U.S.C. § 1983. Plaintiff asserts a claim of threats of physical harm. The Court set a frivolity hearing to assess the plausibility of Plaintiff's claim.

At that hearing, the Court found that Plaintiff's claims failed to state a claim upon which relief could be granted.

Accordingly, the motion (Docket Entry No. 26) is **GRANTED** and this action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

This is the Final Order in this action.

ENTERED this the 16 day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge