UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ROBERT C. DIAL,         )
                        )
    Plaintiff,          )   Case No. 1:13-cv-00158
                        )
v.                      )
                        )
MAURY COUNTY JAIL, ET AL., )
                        )
    Defendants.         )

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 16, 2014.

KEITH THROCKMORTON, CLERK

/s/ Debby Sawyer